No. 67603.—Adrian Hamers, Inc. v. United States, protest 60/29540 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the customs regulations have now been complied with, the claim of the plaintiff for free entry was sustained.

BEFORE THE SECOND DIVISION, APRIL 17, 1963

No. 67604.—Victoria Distributors et al. v. United States, protests 316996–K, etc. (Philadelphia).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of bicycle horns and sirens similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc. v. United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiffs was sustained.